1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RUSSELL LEE GOOCH, | ) Case No. CV 10-9640 DSF(JC) |
|---|---|
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) |
| Respondent. | ) |

Pursuant to the Court's Order (1) Denying Request for Filing Deadline for Petition for Writ of Habeas Corpus; and (2) Dismissing Case without Prejudice, IT IS HEREBY ADJUDGED THAT petitioner's request is denied and this case is dismissed without prejudice.

1/4/11

DATED: _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE